AUSA:   Sarah Youngblood      Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint      Special Agent:    Michael Baumgartner      Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | Case: 2:22−mj−30263 |
| v. | | Assigned To : Unassigned |
| | Case No. | Assign. Date : 6/7/2022 |
| D1 - Deandre THORINGTON | | Description: RE: SEALED MATTER |
| D-2  Jeremy MARTIN | | (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___between 02/11/2022 and 06/06/2022___ in the county of ___Wayne elsewhere___ in the
___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | - Take or attempt to obtain by extortion any property, money or valuables |
| 18 U.S.C. § 371 | - Conspiracy to commit offense oor defraud United States |
| 18 U.S.C. § 2 | - Aiding and Abetting |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_Special Agent Michael Baumgartner - FBI_
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___June 7, 2022___

_____
*Judge's signature*

City and state:  _Detroit, Michigan_

_Honorable David R. Grand, U.S. Magistrate Judge_
*Printed name and title*

## AFFIDAVIT

I, Michael Baumgartner, being duly sworn, state as follows:

## INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March 2018. I am currently assigned to the FBI Detroit Division Violent Crime Task Force (VCTF). As an FBI Special Agent, I have conducted or assisted in numerous investigations of federal violations, including crimes of violence, robberies, and firearms, including criminal violations of Title 18. I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.

3.      I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to establish that DEANDRE THORINGTON, date of birth 05/XX/XXXX, and JEREMY MARTIN, date of birth 10/XX/XXXX, have both violated Title 18 U.S.C. §§ 2113(a) and 2 (Bank robbery and incidental crimes, including aiding and abetting); Title 18 U.S.C. §  371 (Conspiracy to commit bank robbery).

1

4.      THORINGTON has the following prior felony convictions:

- 2017: Robbery (Cuyahoga, Ohio)

- 2021: Illegal Conveyance to Detention Facility (Ashtabula, Ohio)

5.      MARTIN has the following prior felony convictions:

- 2021: Illegal Conveyance to Detention Facility (Ashtabula, Ohio)

## **PROBABLE CAUSE**

**A. Probable Cause Exists That, Between February 11, 2022, and June 6, 2022, Deandre Thorington Committed Fifteen Bank Robberies Across Five States with the Assistance of a "Get Away" Driver.**

6.      *Robbery One*: On February 11, 2022, at approximately 12:53 p.m., Elkhart Police Department officers were dispatched to the 1st Source Bank located at 2020 E. Bristol St., in Elkhart, IN regarding a robbery in progress. When the officers arrived on scene, they interviewed the bank teller who was victim to the robbery. The teller advised that she observed a black male, approximately 5'10"-5'11" in his late 20's or early 30's, with a thin to medium build, wearing a black coat, tan pants, and blue surgical mask enter the lobby. The SUSPECT took his hands out of his coat pockets and the teller observed the SUSPECT wearing white latex gloves. The SUSPECT approached the teller's window and passed the teller a note. The note stated, "give me all your money I'm armed". The teller opened her drawer and provided the SUSPECT with approximately $9,300-$9,400 dollars. The SUSPECT verbally stated, "no dye pack, no GPS" and instructed the teller to provide him with

large bills. The SUSPECT rejected the $20 dollar packs of money that contained the GPS and dye pack.  The SUSPECT took the remaining money and exited the bank on foot.

7.  Responding officers reviewed video surveillance footage from the robbery. A review of the surveillance video footage revealed that at approximately 12:53 p.m., a tall medium-build male subject wearing a black winter hat, blue surgical mask, a black Columbia brand jacket, tan pants and Timberland style boots entered the lobby and committed the above-described robbery.

8.  *Robbery Two:* On March 10, 2022, at approximately 12:33 p.m., South Bend Police Department was dispatched to Flagstar Bank located at 4400 S. Miami St., South Bend, IN for a robbery in progress. Officers arrived on scene and interviewed the teller victim to the robbery. The teller provided that a black male with short hair and facial scruff, wearing a beanie (known to affiant as a winter hat), black puffy coat, black hoodie, pink mask, and khaki pants approached her window. The SUSPECT stated he wanted to make a withdrawal and slid a brown paper napkin under the teller glass. The napkin stated, "I am armed, empty all your drawers". The note also mentioned dye packs. The teller opened the drawer to obtain the money. The SUSPECT verbally told her to hurry up and provide big bills. The teller provided the SUSPECT with approximately $1,110 dollars and the SUSPECT exited the bank.

3

9.   A detective arrived on scene and reviewed the video surveillance footage from the robbery. The SUSPECT entered the bank at approximately 12:29 p.m. and approached the teller counter. The SUSPECT produced a note from his coat pocket. The SUSPECT held the note in the tray at the base of the glass for the teller to read. The SUSPECT then crumpled the note and put it back into his coat pocket along with the cash provided to the SUSPECT by the teller. The SUSPECT exited the bank at approximately 12:30 p.m.

10. The video surveillance captured the black male SUSPECT wearing tan pants with a white drawstring, yellow hooded sweatshirt under a black North Face coat, a black North Face beanie, clear gloves, and tan work boots. The work boots appeared to have a Timberland logo near the heel. The SUSPECT was also wearing a light-colored surgical mask, possibly pink in color, over a black mask.

11. *Robbery Three:* On March 11, 2022, at approximately 12:26 p.m., Albion Department of Public Safety officers were dispatched to the Huntington National Bank located at 1301 N. Eaton St., Albion, MI for a bank robbery. Responding officers interviewed the teller who was the victim of the robbery. The teller advised officers the SUSPECT walked up to the teller window and quietly told her to give him all she had, and that he had a gun. The teller provided cash to the SUSPECT. The SUSPECT demanded he needed more hundreds.   The teller began to throw money on the counter for the SUSPECT. The SUSPECT picked up the money he had dropped on the floor while attempting to put the cash in his pocket and left the

bank. The teller described the SUSPECT as a taller black male in his 20's, wearing a yellow hooded sweatshirt, black coat and ripped jeans. The SUSPECT wore a surgical mask and latex gloves.  The Huntington National bank manager reported that the SUSPECT received approximately $2,873 dollars from the robbery.

12. A review of video surveillance footage provided by Huntington National bank captured a black male SUSPECT wearing a black winter hat, black puffy North Face coat, black mask, yellow hooded sweatshirt, tan pants, and Timberland style boots, enter the bank at approximately 12:20 p.m. The SUSPECT approached the teller counter and spoke with the teller. The teller opened her drawer and provided the SUSPECT with several stacks of cash. The SUSPECT dropped some of the money provided by the teller on the floor. The SUSPECT retrieved the money from the floor, put the money in his coat pocket and exited the bank at approximately 12:21 p.m.

13. *Robbery Four:* On March 24, 2022, at approximately 12:07 p.m., Meridian Township Police Department responded to a robbery in progress at Flagstar bank located at 1801 W. Grand River Ave., Okemos, MI. Upon arrival at the bank, officers interviewed the three tellers who were victim to the robbery. Teller #1 informed officers that two SUPECTS entered the bank and said they needed help. SUSPECT #2, a black male wearing a black hat, black facemask, with a shorter stocky build approached Teller #1. Teller #1 was busy assisting another customer, so she did not make contact with the SUSPECT #2. Teller #2 told the SUSPECT #2

she could help him, and SUSPECT #2 walked to the desk of Teller #2. SUSPECT #2 sat down at Teller #2's desk with his hands inside his hoodie pocket. SUSPECT #2 pulled out a note written on a small white napkin from his pocket and stated, "don't push the button". Teller #2 read the note that stated, "I'm armed". Teller #2 could not remember what exactly was written on the note after that but believed it was something to effect of "I am armed, give me money" or "I am armed, this is a robbery". Teller #2 pushed the alarm button then opened her drawer and provided SUSPECT #2 with all of the money from the drawer, approximately $1,227 dollars. SUSPECT #2 asked, "is that it?". SUSPECT #2 shoved the bills in his pocket and exited the bank. SUSPECT #1 exited the bank behind him.

14. Teller #3 provided that she greeted the two SUSPECTS upon entrance into the bank. The SUSPECTS stated they wanted to make a withdrawal. SUSPECT##1 sat down at Teller #3's desk and asked to withdrawal $100 dollars. Teller #3 asked for identification. SUSPECT #1 passed a note written on a napkin that stated something to the effect of "I'm armed give me the money". Teller #3 opened her drawer and provided SUSPECT #1 with approximately $1,300 dollars. SUSPECT #1 told Teller #3 he knew there was more money, motioning to the other desks next to Teller #3. Teller #3 explained to SUSPECT #1 numerous times that there were only three tellers that no one else was working at those stations.

15. SUSPECT #1 then approached Teller #1's desk and placed a note written on a white napkin on the desk. Teller #1 did not read the note. SUSPECT #1 told

Teller #1 to open the cash drawer because he did not want to touch it. SUSPECT #1 grabbed all the cash from the drawer, totaling approximately $1,843 dollars, and placed it in his pocket. SUSPECT #1 then exited the bank. Teller #1 described SUSPECT #1 as a black male, wearing a black hat, black facemask, and black puffy jacket with taller skinny build. Similarly, Teller #3 described SUSPECT #1 as a black male in his 20's, thin build, approximately 6'0" tall, wearing a green sweatsuit and black bubbly coat.

16. A review of video surveillance footage from the robbery captured the two SUSPECTS enter the bank at approximately 12:05 p.m. SUSPECT #1, wearing a black puffy coat and green sweatpants, walked over to Teller #3 and sat down. SUSPECT #2, wearing a maroon North Face hoodie, attempted to walk into Teller #1's desk area but then left and entered Teller #2's desk area. Both SUSPECTS sat down and produced a napkin to the tellers. Both SUSPECTS wore clear plastic gloves. SUSPECT #1 received a bundle of cash from Teller #3 and placed it inside his jacket pocket. SUSPECT #1 then walked to Teller #1 desk area and placed his hand on the desk drawer. Teller #1 opened the drawer and SUSPECT #1 rifled through the drawer placing bundles of cash in his pocket. During this time, SUSPECT # 2  placed a bundle of cash in his hoodie pocket that he received from Teller #2. SUSPECT #2 exited the bank with SUSPECT #1 running out behind him. The SUSPECTS fled the bank at approximately 12:07 p.m.

17. *Robbery Five:* On April 5, 2022, at approximately 1:24 p.m., Flat Rock Police Department officers responded to a robbery in progress at First Merchants Bank located at 28417 Telegraph Rd., Flat Rock, MI. Upon arrival at the bank, officers interviewed the teller who was victim to the robbery. The teller informed officers that the SUSPECT, a black male, approximately 25 years old, with a black face mask, blue jacket, red hooded sweatshirt, dark pants, and a white baseball hat, entered the bank and approached her counter. The SUSPECT handed her a note which stated, "empty the register". The SUSPECT took the note back from the teller. The teller emptied approximately $753.00 dollars from the register and provided it to the SUSPECT. The SUSPECT stated he wanted more hundred-dollar bills. The teller informed the SUSPECT she did not have any more money in her drawer. The SUSPECT then exited the bank.

18. A review of video surveillance footage from the robbery captured the SUSPECT enter the bank at approximately 1:21 p.m. wearing a dark coat, red hooded sweatshirt, white Nike brand baseball hat, dark pants, black shoes and black mask. The SUSPECT approached the teller station and retrieved what looked to be a brown napkin from his coat pocket and showed it to the teller. The SUSPECT retrieved the note and placed it back in his pocket. The teller provided stacks of cash to the SUSPECT which he placed in his coat pocket and then exited the bank at approximately 1:22 p.m.

19. *Robbery Six:* On April 8, 2022, at approximately 12:33 p.m., officers of the Blasdell Police Department responded to a teller alarm at the M&T Bank located at 23 Lake Ave., Blasdell, NY. Upon arrival to the bank all doors were locked. The patrol unit contacted dispatch regarding the assigned call for the bank alarm. Dispatch confirmed the bank had been robbed and a black male had fled the scene via the back door of the bank. A GPS tracking device within the bank's money that was provided to the SUSPECT was actively tracking to a location on Route 62 on the bridge heading toward Lackawanna. A short time later, police units recovered the tracking device and bait money under the bridge which appeared to have been thrown by the SUSPECT.

20. Officers interviewed the teller who was the victim of the robbery. The teller explained to officers that the SUSPECT approached her station and asked to make a withdrawal. The SUSPECT handed the teller a brown napkin with a note that said I have a gun I will shoot you from what the teller could recall. The SUSPECT was wearing plastic gloves. The teller provided the SUSPECT with bait money that included a GPS tracker and the rest of the cash within her drawer, believe to be approximately $500 dollars. The SUSPECT took the note and the money and exited the back door of the bank.

21. A witness from within the bank was interviewed by officers who provided that the SUSPECT was a black male, over 6'0" tall, wearing a baseball hat, dark pants, a puffy jacket, and a covid mask.

22. The branch manager provided still photographs of the robbery SUSPECT to officers that captured the SUSPECT entering the bank at approximately 12:26 p.m. wearing a white Nike brand baseball hat, black puffy North Face coat, black hooded sweatshirt, dark colored pants, black shoes and surgical mask. The SUSPECT exited the bank at approximately 12:32 p.m.

23. *Robbery Seven:* Later that same day, at approximately 3:01 p.m. on April 8, 2022, Westfield Police Department responded to the Community Bank N.A. located at 70 E. Main St., in Westfield, NY for a robbery alarm. Officers interviewed the teller who was victim to the robbery. The teller stated she observed a male come in the front door and greet her. The SUSPECT stated he needed to make a withdraw. The teller asked if the withdrawal would be from the checking or savings account. The SUSPECT replied, savings. The teller turned away from the SUSPECT to obtain a withdraw slip. When the teller turned back around the SUSPECT had placed a note on the counter. The note was written on a light brown napkin and stated, "give me the money, no dye packs, I have a gun." The teller provided the SUSPECT with the money from her drawer, totaling approximately $953 dollars. The SUSPECT put the money in his pocket and exited the bank. A Community Bank N.A. security investigator provided the official count of money stolen on April 8, 2022, as $2,104 dollars.

24. *Robbery Eight:* On April 28, 2022, at approximately 11:27 a.m., the Widget Financial located at 5 Grant Street, North East, PA was robbed. The victim teller described the SUSPECT robber as a black male, approximately 6'2", 25 years old, 170 pounds, with brown eyes, bushy eyebrows, and a slender build. The SUSPECT placed a note on the counter which read something to the effect, "I am armed give me everything in the register." The victim teller complied with the demands and gave the SUSPECT approximately $2,249 dollars. The SUSPECT took the demand note and exited the bank, last seen on foot. A review of the bank security camera footage revealed the SUSPECT was wearing a grey stocking cap, grey jacket, ripped blue jeans, and white shoes and a blue surgical type face mask.

25. *Robbery Nine:* On May 3, 2022, at approximately 11:19 a.m., Erie County Sheriff's Office was dispatched to Community Bank located at 10490 Main St., North Collins, NY for a robbery. Officers arrived on scene and interviewed the victim teller. The teller stated she was working the teller station closest to the entrance when a black male, approximately 6'0", wearing a mask, jeans, and black long sleeve shirt with white half zipper in front entered the bank and pulled a note from his pocket that demanded money. The teller provided the SUSPECT with money.

26.     A review of video surveillance footage from the bank captured a male enter the bank at 11:15 a.m., receive money and exit the bank at 11:16 a.m. The bank manager provided that the total amount of cash taken by the SUSPECT was approximately $4,372 dollars.

27.     Video surveillance obtained from cameras in the area surrounding the bank revealed that the SUSPECT fled the scene in a silver Nissan sedan with tinted windows and no front plate. The vehicle was driven by another unidentified SUSPECT. Specifically, a review of video surveillance obtained from a neighboring school captured a silver Nissan sedan arrive at approximately 11:06 a.m. and drop off the robbery SUSPECT. Video surveillance obtained from a neighboring business then captured the silver Nissan park and wait until the SUSPECT re-entered the vehicle following the robbery.

28.     *Robbery Ten:* On May 6, 2022, at approximately 1:26 p.m., the KeyBank Branch located at 27 E. Main Street, North East, PA was robbed.  The victim teller described the robber SUSPECT as a black male, between 6' - 6'2" with an athletic build approximately 30 years old.  The SUSPECT placed a note on the counter which read something to the effect of, "Empty your drawer. I'm armed. No dye packs."  The victim teller complied and gave the SUSPECT some cash.  The SUSPECT looked at the cash and then asked victim teller "Where's in 100's at".  The teller told the SUSPECT he didn't have any. The SUSPECT then stated, "Yeah

12

you do. Don't make me pull this out". The victim teller understood that to be a threat to use a firearm. The victim teller then retrieved a stack of 100 dollar bills. The SUSPECT took approximately $3,692 dollars along with the demand note and exited the bank. A review of the bank security camera footage revealed the SUSPECT was wearing a black Nike ¾ zip pull over, a red shirt, grey sweatpants, white shoes and a black surgical type face mask.

29.    A further review of the bank surveillance video revealed that the SUSPECT had a tattoo on the left side of his neck which reads "Blessed". Above the word "Blessed" is a symbol which is not clearly identifiable from the video surveillance images.

30.    *Robbery Eleven:* On May 12, 2022, at approximately 12:53 p.m., the Monroe Police Department was dispatched to the PNC Bank located at 202 N. Monroe St., Monroe, MI regarding an armed robbery. Officers interviewed the bank teller who was victim to the robbery. The teller advised that when the SUSPECT approached the teller station, the teller was facing the drive thru window assisting another customer. Once the teller finished assisting the other customer, she asked the SUSPECT how she could help him. The SUSPECT responded by holding a note which read, "I am armed" up to the plexiglass barrier between them and stated, "give me everything". The teller gave the SUSPECT everything in the drawer, which was approximately $3,000 dollars. The SUSPECT placed the money in his jacket pocket

and exited the bank on foot. The SUSPECT was described as a black male, slightly shorter than 6'0", thin build, wearing a baseball hat, track jacket, blue jeans, with white tennis shoes, and a blue disposable face mask.

31.    The detective reviewed the video surveillance footage from the robbery. A review of the bank surveillance video footage provided that the SUSPECT entered the bank and approached the teller window at approximately 12:21 p.m. About a minute later, the SUSPECT passed the note to the teller and obtained the money. At approximately, 12:23 p.m. the SUSPECT exited the bank on foot. The SUSPECT was a black male, wearing a camo baseball hat, surgical mask, Nike ¾ zip jacket, with blue jeans and all white shoes.

32.    *Robbery Twelve:* On May 18, 2022, at approximately 2:41 p.m., Monroe County Sheriff's Office responded to a bank robbery at First Merchants Bank located at 14581 South Dixie Highway, Monroe, MI. The SUSPECT showed the teller a note that read, "I am armed. No dye pack. Make it fast". The SUSPECT verbally asked the teller to give him everything and reiterated no dye packs. The teller described the note as a piece of torn white notebook paper with lines. The teller gave the SUSPECT everything in her top drawer. The SUSPECT took the money and departed on foot. The SUSPECT was described as a black male, approximately 6'3", slim build in his early 30's, wearing a black ball cap, white and blue medical mask, dark grey jeans, red tennis shoes, a bright red Nike track jacket, and blue

underwear.

33.     An eyewitness saw a black male matching the SUSPECT's description entering a black Nissan with another black male driving. The vehicle was located a few blocks from the bank.

34.     *Robbery Thirteen:* On May 24, 2022, at approximately 12:41 p.m., City of Monroe Police Department responded to a robbery in progress at the PNC Bank located at 465 North Telegraph Road, Monroe, MI. Upon arrival at the bank, detectives interviewed the teller who was the victim/witness to the robbery. The teller described the SUSPECT as a tall black male, approximately 6'3", 150 to 160 pounds, wearing dark navy pants, blue jacket, black mask and a baseball cap. The SUSPECT pulled out a note which appeared to be on a napkin and held the note up to the teller's window. The note read, "All money in register top drawer no dye." After an official count was performed by bank employees it was determined the SUSPECT stole approximately $734 dollars.

35.     A review of video surveillance footage from the robbery captured the SUSPECT wearing a gray hat, black face mask, blue/white puma coat and dark colored pants. CCTV further revealed a silver sedan leaving the scene of the robbery.

36.     *Robbery Fourteen:* On May 26, 2022, at approximately 10:08 a.m., Indiana State Police responded to a robbery in progress at the Farmers and Merchants Bank located at 403 Erie Pass, Auburn, IN. Upon arrival at the bank troopers

interviewed the teller who was the victim to the robbery. The teller stated the SUSPECT was a black male in his mid 20's wearing a mask that covered his face. The SUSPECT then pulled out a small piece of paper that read, "Empty the drawers, give me all your money, I am armed." The SUSPECT asked the teller for hundreds. After an official count was performed by bank employees it was determined the SUSPECT stole approximately $3,319 dollars.

37.     The Auburn Police Department, the Dekalb County Sheriff's Department and the Indiana State Police began to canvass the area. K9 officers were also deployed in an attempt to track the SUSPECT. Video footage obtained from the Parkview Dekalb Hospital, which is located just south of the bank, revealed the SUSPECT entering a silver colored sedan.

38.     In reviewing the video surveillance footage, the SUSPECT is captured wearing a bright red track jacket with a white zipper and white logo displayed on the upper left corner of the jacket, red pants, black ball cap, black medical mask. The SUSPECT is a black male with a tall slender build.

39.     *Robbery Fifteen:* On June 6, 2022,  at approximately 1:21 p.m. a robbery occurred at the Premier Bank located at 107 Plaza Drive in St. Clairsville, OH. The teller (witness) described the SUSPECT as a black male, approximately 6 feet tall, wearing a white hat with short hair enter the bank and displayed a note stating that he had a gun and to empty the drawer. The teller provided the SUSPECT

with approximately $7,000-$8,000 in US Currency. The SUSPECT left the bank and walked across the street, entering into a silver vehicle with damage on the right side.

40.     Officers in the area or the aforementioned robbery issued a BOLO (Be on the Lookout) for the vehicle. Deputies from the Belmont County Sheriff's Office located the vehicle while it was traveling on the highway. A traffic stop was attempted. The vehicle occupant(s) failed to comply with the vehicle stop. A vehicle pursuit was initiated. Police pursued at speeds of 100-110 miles per hour. After the pursuit ended the two occupants were taken into custody by the local authorities. The occupants of the vehicle were identified as DeAndre Thorington and Jeremy Martin.

41.     I have reviewed police reports, still photographs obtained from surveillance video clips and/or video surveillance from all the bank robbery locations. The SUSPECT descriptions from all locations are consistent with each other. Specifically, tellers and witnesses have provided that the SUSPECT is a black male, between 20-30 years of age, and is between approximately 5'10" and 6'3".

42.     The SUSPECT has also worn consistent clothing throughout several robberies. In the four bank robberies that occurred in Elkhart, IN, South Bend, IN, Albion, MI, and Okemos, MI between February 11, 2022, and March 24, 2022, the SUSPECT wore consistent clothing to include black jacket, tan pants, Timberland style tan boots, and a black winter hat. This clothing is visible in bank surveillance

images from these robberies. Image 1 below depicts the bank robbery at 1st Source Bank in Elkhart, IN. Image 2 below depicts the bank robbery at Flagstar Bank in South Bend, IN. Image 3 below depicts the bank robbery at Huntington National Bank in Albion, MI. Image 4 below depicts the bank robbery at Flagstar Bank in Okemos, MI.

Image 1



Image 2



Image 3



Image 4



43.     In the three robberies in Flat Rock, MI, Blasdell, NY and Westfield, NY between April 5, 2022, and April 8, 2022, the SUSPECT wore a white Nike brand baseball hat and a black coat. This clothing is visible in bank surveillance images from these robberies. Image 5 below depicts the bank robbery at First Merchants Bank in Flat Rock, MI. Image 6 below depicts the bank robbery at M&T Bank in Blasdell, NY. Image 7 below depicts the bank robbery at Community Bank in Westfield, NY. The SUSPECT appears to have worn a black North Face puffy coat in five of the fifteen robberies; (a) Image 2-Flagstar Bank; (b) Image 3-Huntington National Bank; (c) Image 4-Flagstar Bank (d) Image 6- M&T Bank; and (e) Image 7- Community National Bank.

| Image 5 | Image 6 | Image 7 |



44.     In the three robberies from North East, PA, North Collins, NY and Monroe, MI spanning May 3, 2022 to May 12, 2022, the SUSPECT wore a black Nike ¾ zip track jacket with a white zipper. This clothing is visible in bank surveillance images from these robberies. Image 8 below depicts the bank robbery at KeyBank in North East, PA. Image 9 below depicts the bank robbery at Community Bank in North Collins, NY. Image 10 below depicts the bank robbery at PNC Bank in Monroe, MI.

|  Image 8  |  Image 9  |  Image 10  |



[*space left intentionally blank*]

45.    In the robberies in Monroe, MI and Auburn, IN between May 18, 2022, and May 26, 2022, the SUSPECT wore a bright red track jacket with a white zipper and white logo on the upper left corner and a black ball cap. This clothing is visible in bank surveillance images from these robberies. Image 11 below depicts the bank robbery at First Merchants Bank in Monroe, MI. Image 12 below depicts the bank robbery at Farmers and Merchants Bank in Auburn, IN.

Image 11          Image 12

46.    Although the bank robberies were committed in different locations, the times in which the SUSPECT chose to rob the banks were consistent, generally falling between 11:00 a.m. and 3:00 p.m. and spending approximately one minute inside most locations.

21

47.     Lastly, the SUSPECT and modus operandi observed in surveillance footage from all incidents are consistent with each other. Specifically, fourteen of the fifteen bank robberies were "note" jobs. Four of those note jobs specifically reference a brown napkin being utilized as the "note". The content of the notes was also generally consistent, demanding the teller to "empty drawer" or "give me all your money", "no dye packs or GPS", and made mention of being armed or having a gun. Lastly, the SUSPECT regularly demanded "big bills" or "more hundreds" verbally to the teller. For these reasons, it is believed that the crimes were committed by the same individual.

## B. Thorington is Identified as a Suspect.

48.     Images of the robbery SUSPECT from the bank surveillance video from the North East, PA robberies were released to the public. (*See, e.g.,* Image 8 above.)  A former corrections officer from the Lake Erie Correctional Institution in Conneaut, Ohio (hereinafter Corrections Officer A), recognized the SUSPECT depicted in the images released to the public.  Corrections Officer A worked at Lake Erie Correctional Institution from June 2017 until December 2020.   Corrections Officer A reported that he immediately recognized the bank robber in the photos as an inmate he supervised, however, it took Corrections Officer A some time to determine the former inmate's name. Initially, Corrections Officer A recalled the inmate's name as "Thornton". Corrections Officer A contacted the warden at Lake

Erie Correctional Institution, who allowed Corrections Officer A to view mug shots of former inmates. Corrections Officer A was not able to find an image of the individual he recognized from the bank surveillance video while reviewing the inmate mug shots. Ultimately, Corrections Officer A's former Lieutenant determined the former inmate's name was THORINGTON not "Thornton". Corrections Officer A was able to locate a publicly available mug shot of DEANDRE THORINGTON online. Corrections Officer A confirmed both that (a) THORINGTON was the inmate he was thinking of, and (b) that THORINGTON was the individual featured as the bank robbery SUSPECT in the surveillance images from the KeyBank robbery in North East, PA.

49.    On May 13, 2022, Corrections Officer A met with North East Police Officers and viewed the bank robbery surveillance videos. Corrections Officer A reported that he was certain that the bank robber was DEANDRE THORINGTON; the former inmate at Lake Erie Correctional Institution. Corrections Officer A viewed video footage of the bank robber walking into the Widget Federal Credit Union and stated that he recognized THORINGTON's distinctive walk.

50.    Corrections Officer A recalled that THORINGTON was placed in Lake Erie Correctional Institution in late 2017 or early 2018, and was at the facility for approximately 1 year before being transferred to another facility. Corrections Officer A interacted with THORINGTON daily while he was at the facility. Corrections

23

Officer A reported that he was very familiar with THORINGTON and remembered that he had a distinctive walk. Corrections Officer A described THORINGTON's walk as having a limp and throwing his arms in the air.

51.     A review of a mugshot taken of THORINGTON's left profile provided by the Ohio Department of Rehabilitation & Corrections revealed that the letters "Bles" are tattooed on the left side of THORINGTON's neck.  In this photo, THORINGTON's clothing obscures the rest of THORINGTON's neck. As such, this photo does not depict the entire word "Blessed" as seen on the SUSPECT's neck on KeyBank surveillance images of the May 6, 2022, robbery in North East, PA. However, the type/font and the apparent size of the "Bles" letters visible in this Ohio Corrections photo are all identical to the "Blessed" tattoo visible on the SUSPECT bank robber in the video surveillance images from the KeyBank in North East, PA.

52.     A search of THORINGTON in the Ohio Department of Rehabilitation and Correction provided that THORINGTON was sentenced to three years in prison at the Warren Correctional Intuition on November 28, 2017, for one count of robbery.  THORINGTON was also convicted of illegal conveyance to a detention facility, and sentenced in 2021. THORINGTON was released from prison on December 26, 2021, and began a period of supervision that continues to this day.

53.     On May 18, 2022, THORINGTON's parole officer confirmed that THORINGTON was released from prison on December 26, 2021. The parole officer

only met with THORINGTON in person once since THORINGTON was released from prison. This meeting occurred on April 29, 2022.  Typically, THORINGTON checked in with his parole officer telephonically using telephone number (216) 609-8588 (hereinafter x8588).

54.     The parole officer has viewed surveillance images from the bank robberies in North East, PA and believes the SUSPECT robber pictured is THORINGTON.

55.     A  social  media  search  of  telephone  number  x8588  revealed  a WhatsApp account with a profile picture that is believed to be THORINGTON wearing a black Nike ¾ zip-up (Image 13 below). This is consistent with the clothing worn by the SUSPECT bank robber in the North Collins, NY, North East, PA (Image 8 above and below) and Monroe, MI (Image 10 above and below) robberies.

Image 13              Image 8                     Image 10

  

**C. Geo-Fence and Cell Site Evidence Corroborates Thorington's Status As the Robber and Identifies Jeremy Martin as a Second Suspect.**

56.     On May 2, 2022, agents executed a federal search warrant providing law enforcement with T-Mobile geo-fence location information to assist in determining which cellular devices, if any, were located near multiple banks at the time of multiple robberies during the period of February 11, 2022, through April 8, 2022. A review of the geo-fence search warrant return identified two devices that were in the vicinity of multiple banks at the time of the bank robberies. Specifically, the first device, IMSI 310240226472275, was in the vicinity of the Blasdell, NY and Westfield, NY robberies during the date and times of the bank robberies. The second device, IMSI 310240172725332, was in the vicinity of the South Bend, IN, Albion, MI, and Blasdell, NY robberies on the dates and times of the robberies. The robbery incidents that occurred in South Bend, IN, Albion, MI, and Blasdell, NY occurred on different days and times, and in different states. These two devices have been the only identified devices to repeatedly utilize towers in the vicinity of the robberies on the date and times of the robberies.

57.     Based on my training and experience, I know that individuals who engage in bank robberies often have accomplices, as witnessed in the robberies that occurred at the Community Bank in North Collins, NY, First Merchants Bank in Monroe, MI, and Farmers and Merchants State Bank in Auburn, IN. During these robberies, the SUSPECT was observed getting into an occupied vehicle. Therefore,

it is believed that there are at least two SUSPECTS involved in these robberies. Furthermore, based on my training an experience, I know that accomplices frequently engage in telephonic communication to facilitate details of the robberies, specifically, travel to and from the robberies to avoid apprehension by law enforcement.

### i. Martin Uses the Cellular Telephone Assigned Number (440) 317 0113, Which Utilized Towers Near Nine Robberies at the Date and Time of the Robberies.

58.     Records provided by the T-Mobile revealed that IMSI 310240172725332, present at three robberies, was associated with telephone number x0113. T-Mobile account details provided telephone x0113 was associated with Cintex Wireless and was activated on 9/21/2021.

59.     Records provided by Cintex Wireless identified JEREMY MARTIN, DOB: 10/XX/XXXX, service address 201 Logan St., Bedford, OH 44146, as the subscriber for telephone number x0113.

60.     A review of the call detail records and historical cell site search warrant information provided by T-Mobile for the period of February 11, 2022, to May 17, 2022, revealed cellular device x0113, believed to be utilized by MARTIN, utilized towers in a manner consistent with travel to the areas of the robberies in (1) Elkhart, IN, (2) South Bend, IN, (3) Albion, MI, (4) Okemos, MI, (5) Blasdell, NY, (6) Westfield, NY, (7) North East, PA (Widget Financial), (8) North Collins, NY  and

(9) Monroe, MI (PNC Bank 5/12/22) and utilized towers in those geographic areas on the dates of the robberies around the times of the robberies.

### ii. Thorington Used the Cellular Telephone Assigned Number (216) 421-6919, Which Utilized Towers Near Banks at the Date and Time of All of the Four Robberies that Occurred While This Number Was Active.

61.     T-Mobile also provided records associated with IMSI 310240226472275, which was located in the area of the Blasdell, NY and Westfield, NY robberies. T-Mobile revealed IMSI 310240226472275 was associated with telephone number x6919. Account details provided that the telephone was associated with TracFone with service beginning on approximately 3/17/2022 and service ending approximately one month later on 4/17/2022.

62.     A review of call detail records associated with telephone number x6919 during the one month period of activation identified Nakeisha Thorington Green as one of the top callers. Law enforcement databases and correctional visitation information from DEANDRE THORINGTON indicated that Nakeisha Thorington Green is THORINGTON's mother.

63.     Call detail records associated with telephone number x6919 also identified Nichelle Jones as one of the top callers. Jones is listed on THORINGTON's correctional visitation list as a friend of THORINGTON who visited THORINGTON multiple times while he was in jail.

64.    MARTIN was also identified as a top caller on telephone number x6919. Specifically, call detail records between cellular device x0113 (MARTIN) and x6919 (THORINGTON) provided approximately 19 contacts between 3/28/22 and 4/16/22, before x6919 was deactivated on 4/17/2022.

65.    Call detail records and historical cell site search warrant returns provided that cellular device x6919 left the geographic area of Ohio and utilized towers in manner consistent with travel to the area of robberies in (1) Okemos, MI, (2) Flat Rock, MI, (3) Blasdell, NY and (4) Westfield, NY and utilized towers in those geographic areas on the dates of the robberies around the time of the robberies. These are the only robberies that occurred while x6919 was active. Stated differently, x6919 traveled to and utilized towers in the locations of every robbery the SUSPECT committed between March 17, 2022, and April 17, 2022.

66.    Based on the above information there is probable cause to believe that THORINGTON was the user of cellular device x6919 between March 17, 2022, and April 17, 2022

67.    Based on my training and experience, I know that individuals who commit robberies often carry a mobile cellular device to communicate with accomplices, uses cellular devices to research potential robbery locations, obtain directions to and from the robbery locations, conduct reconnaissance, and communicate with others to arrange for meeting locations prior to and after the

robbery has occurred. I also know that individuals who engage in criminal activity often have more than one cellular device known as a "burner" phone in which they use to communicate with accomplices and utilize to facilitate criminal activity. They then regularly drop or change that cellular device in order to evade law enforcement detection.

**D. Thorington and Martin Have a Prior History of Committing Criminal Conduct Together.**

68.     Ohio Correctional records provide that THORINGTON was admitted to the Warren Correctional Institution on 11/28/2017 to serve his sentence for a robbery conviction. THORINGTON listed MARTIN as a "friend" on THORINGTON's visitation list. MARTIN visited THORINGTON at the correctional facility multiple times from April of 2018 until August of 2019, when MARTIN was permanently restricted from visitation due to the conveyance of narcotics to THORINGTON during the visitation.

69.     Both MARTIN and THORINGTON were charged and convicted of the illegal conveyance of narcotics to a detention facility associated with the above incident.

70. Based on my training and experience, I know that individuals who engage in bank robberies often have accomplices as witnessed in the robberies that occurred at the Community Bank in North Collins, NY, First Merchants Bank in Monroe, MI, and Farmers and Merchants State Bank in Auburn, IN.

71. During these robberies, THORINGTON was observed getting into an occupied vehicle with a "get away" driver. Therefore, it is believed that there are at least two SUSPECTs involved in these robberies; THORINGTON and MARTIN. THORINGTON and MARTIN have a history of working together to commit criminal acts as displayed by the past conviction of narcotics conveyance to a detention facility. Based on the above facts, it is believed that THORINGTON and MARTIN are conspiring together again to commit bank robbery.

### E. Robberies Specific to Eastern District of Michigan

72. Four of the fifteen robberies have occurred in the Eastern District of Michigan. These robberies include:

a) First Merchants Bank in Flat Rock, MI on April 5, 2022, as described in paragraphs 17-18 above;

b) PNC Bank in Monroe, MI on May 12, 2022, as described in paragraphs 30-31 above;

c) First Merchants Bank in Monroe, MI on May 18, 2022, as described in paragraphs 32-33 above; and

31

d)  PNC Bank in Monroe, MI on May 24, 2022, as described in paragraphs 34-35 above.

73.  As noted above, the SUSPECT that robbed all four of these banks had the same physical description and used the same modus operandi as the SUSPECT in the other eleven robberies.

74.  Based on the consistencies in the SUSPECTs clothing and description, and the modus operandi outlined above, there is probable cause that the SUSPECT who committed the North East, PA robberies is the same SUSPECT who committed the Eastern Michigan robberies. THORINGTON was identified as the SUSPECT depicted in bank surveillance photographs of the North East, PA robberies by (1) a former Correctional Officer who supervised THORINGTON while he was in custody and (2) THORINGTON's current parole officer.

75.  As noted above, THORINGTON used telephone number x6919 from March 17, 2022, to April 17, 2022. Four robberies occurred during that time frame, including the robbery in Flat Rock, MI. Historical cell site location information indicates x6919 left Ohio, traveled to the area of the robbery, and utilized cell towers near the robbery at the date and time of the robbery. For example, on April 5, 2022, x6919 departed the Ohio area at approximately 8:00 a.m. and traveled to Michigan utilizing towers near the geographic area of Flat Rock, MI at approximately 11:38 a.m. At approximately, 1:43 p.m. x6919 utilized towers in the Monroe area while

traveling enroute back to the Ohio area. x6919 utilized towers in the Ohio area around 3:43 p.m.

76.     The SUSPECT that robbed the PNC Bank in Monroe, MI on May 12, 2022, wore a black Nike ¾ zip jacket, with blue jeans and white shoes. A search of the x8588 telephone number THORINGTON provided to Ohio parole revealed a picture of THORINGTON wearing an identical black and white Nike ¾ zip jacket.

77.     As noted above, MARTIN uses telephone number x0113. Historical cell site information indicates x0113 utilized towers in a manner consistent with travel to the areas of nine robberies between February 11, 2022, through May 12, 2022, and utilized towers in those geographic areas on the dates of the robberies around the times of the robberies, including the May 12, 2022, robbery in Monroe, Michigan. Following the robbery, the device utilizes towers consistent with travel back to the Ohio area.

78.     Based on the above facts, there is probable cause that THORINGTON was the user of the cellular device x6919 utilizing towers in the geographic area of the Flat Rock, MI robbery on the date and around the time of the robbery. Similarly, there is probable cause that MARTIN was the user of the cellular device x0113 utilizing towers in the geographic area of the Monroe, MI robbery on the date and around the times of the robbery. Based on my training and experience, it is extremely unlikely that any particular individual would have been in those robbery locations at

those times by mere chance unless they were directly involved in the incidents in some fashion.

79.     On May 24, 2022, May 26, 2022, and June 6, 2022, robberies occurred in Monroe, MI, Auburn, IN, and St. Clairsville, OH, respectively. In all three of these robberies, a silver vehicle was observed leaving the scene with a black male matching the description of THORINGTON present in the vehicle. On June 6, 2022, after the robbery that occurred in St. Clairsville, OH, police pursued the silver sedan observed leaving the robbery location. The silver sedan's occupants were later determined to be THORINGTON and MARTIN.

[*space left intentionally blank*]

## CONCLUSION

80.    Based upon the above information, I believe there is probable cause

DeAndre THORINGTON and Jeremy MARTIN have violated Title 18, U.S.C.,

Sections 2113(a) and 2 (Bank robbery and incidental crimes, including aiding and

abetting); and Title 18 U.S.C. § 371  (Conspiracy to commit bank robbery).


Respectfully submitted.


Special Agent Michael Baumgartner
Federal Bureau of Investigation


Sworn to and subscribed before me
and/or by reliable electronic means.


HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE


Date:   June 7, 2022